UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

August 13, 2010

Chriss W. Street
220 Newport Center Drive
#11-800
Newport Beach, CA 92660

Pro Se

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801-1186

Robert T. Kugler
Robert L. DeMay
Adine S. Momoh
Leonard, Street and Deinard
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Attorneys for Daniel W. Harrow,
as Successor Trustee of the End
of the Road Trust

**re:  Chriss W. Street v. Daniel W. Harrow, et al.
      Adv. Proc. No. 08-50295**

Dear Mr. Street and Counsel:

This letter is with respect to Mr. Harrow's motions (Doc. ## 12, 15) to strike the amended complaint and the second amended complaint on the grounds that Plaintiff has not complied with Bankruptcy Rule 7015.  It is obvious that Plaintiff has not

complied with that rule and therefore I will enter an order striking the amended complaint (Doc. # 11) and the second amended complaint (Doc. # 13).

The original complaint, filed in state court on July 12, 2007, only alleged improper conduct by Mr. Harrow in connection with the coverage of an insurance policy issued by Arch Specialty Insurance Company.  However, the amended complaint alleges a wide range of improper acts by Defendants, including fraud, embezzlement, fiduciary misconduct, making of fraudulent books and records, and insider trading violations.  And, of course, in addition to Mr. Harrow the amended complaint and the second amended complaint names 15 additional Defendants.

If Plaintiff seeks leave of this Court to file an amended complaint, I bring to his attention that the motion must comply with Bankruptcy Rule 7007 which requires the movant to state with particularity the grounds for seeking that relief.

                                           Very truly yours,

                                           Peter J. Walsh

PJW:ipm